David K. Bowles (State Bar No. 210986)
Bowles & Johnson PLLC
14 Wall Street, 20th Floor
New York, NY 10005
Telephone: (212) 390-8842
Facsimile: (866) 844-8305
E-mail: David@BoJo.Law

Attorneys for Plaintiff,
FABRIQUE INNOVATIONS, INC.

# UNITED STATES DISTRICT COURT FOR THE
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| FABRIQUE INNOVATIONS, INC., a New York corporation,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>ETIWANDA LOGISTICS, INC., a California corporation,<br><br>　　　　　　Defendant. | Case No. 5:20-cv-00861-VAP(SHKx)<br><br>**PLAINTIFF FABRIQUE INNOVATION'S NOTICE OF MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**<br><br>Date: August 17, 2020<br>Time: 2:00pm<br>Place: Courtroom 8A, 350 West 1st Street Courthouse, Los Angeles |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that at 2:00pm on August 17, 2020, or as soon thereafter as this mater may be heard, in the courtroom of the Honorable Virginia A. Phillips of the United States District Court for the Central District of California, in Courtroom 8A at the courthouse at 350 West 1st Street, Los Angeles, California, Plaintiff Fabrique Innovations, Inc. ("Plaintiff") will and hereby does move the Court for a preliminary injunction allowing Plaintiff to remove its goods from the warehouse operated by Defendant Etiwanda Logistics, Inc. ("Defendant"); this motion also respectfully requests that a temporary restraining order issue that Defendant shall not auction the goods of Plaintiff until after his matter can be heard.  The grounds for this motion are as follows:

- Plaintiff is likely to prevail on the merits of its underlying claims of conversion and breach of contract, as Defendant, a warehouseman, is unable to hold Plaintiff's goods hostage in order to force Plaintiff to pay fees not contemplated in any agreement between the parties.
- Plaintiff will suffer irreparable harm in the loss of goodwill with customers and also with licensors of the sports logo branded products, should Defendant auction Plaintiff's goods, and should Plaintiff be unable to satisfy its contract with customers.
- The balance of the equities favors relief.  Plaintiff should be able to remove and sell its goods, so long as Plaintiff compensates Defendant in due course for its service.
- There is no public interest in this matter.

This motion is based upon this notice of motion and the memorandum of points and authorities, the declaration of Robert Zurlnick, the declaration of David K. Bowles, the exhibits to the declarations, the pleadings on file in this matter, and all other such evidence and argument as the Court may allow in connection with the hearing on this motion.

Respectfully submitted.

Dated: July 6, 2020

By:_____/s/_____
David K. Bowles (State Bar No. 210986)
Bowles & Johnson PLLC
14 Wall Street, 20th Floor
New York, NY 10005
Telephone: (212) 390-8842
Facsimile: (866) 844-8305
E-mail: David@LawDKB.com

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the Electronic Service List for this case.

Dated:  July 6, 2020

By: _____/s/_____
David K. Bowles (State Bar No. 210986)
Bowles & Johnson PLLC
14 Wall Street, 20th Floor
New York, NY 10005
Telephone: (212) 390-8842
Facsimile:  (866) 844-8305
E-mail: David@LawDKB.com