**UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION**

| | |
|---|---|
| FABRIQUE INNOVATIONS, INC., a New York corporation,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ETIWANDA LOGISTICS, INC., a California corporation,<br><br>　　　　　Defendant. | Case No. 5:20-cv-00861-VAP(SHKx)<br><br>**ORDER OF PRELIMINARY INJUNCTION** |

Upon reviewing the notice of motion and motion by Plaintiff Fabrique Innovations, Inc. ("FII"), the declaration of Robert Zurlnick, the declaration of David K. Bowles, and all exhibits thereto, as filed on July 6, 2020, and upon reviewing the opposing memorandum of law and declaration of Pavan Makkar, as filed on July 16, 2020 by Defendant Etiwanda Logistics, Inc. ("ELI") and the reply memorandum of law as filed by FII on July 22, 2020, and good cause being shown, it is hereby ORDERED that:

　　1. FII shall post a bond of $186,255.65 by no later than August 3, 2020;

　　2. ELI shall postpone its foreclosure sale to no earlier than August 31, 2020; and

　　3. FII shall remove its property from ELI's warehouse, located at 7551 Cherry Avenue, Unit B, Fontana, California 92336 within 30 days of the date of

this Order at a rate of three truckloads per day on weekdays, provided that if ELI is able to accommodate additional removal, it will provide written notice to FII at least 48 hours prior to such availability.

    4. The parties shall appear before the Court for a status conference at 9:00am on August 25, 2020, and shall provide an update on compliance with this Order.

Dated:     Los Angeles, California
              July 30, 2020

                                    Hon. Virginia A. Phillips
                                    United States District Judge