Steven R. Morasse, Esq. (SBN 117693)
MORASSE COLLINS & CLARK
A Professional Corporation
1401 Dove Street, Suite 310
Newport Beach, California 92660
Telephone: (949) 622-0600
Facsimile: (949) 622-0601
Email: steve@mcc-lawyers.com

Attorneys for Defendant/Counterclaimant

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| FABRIQUE INNOVATIONS, INC., a New York corporation<br><br>Plaintiff,<br><br>v.<br><br>ETIWANDA LOGISTICS, INC., a California corporation<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIM | Case No. 5:20-cv-00861-SSS-SHKx<br><br>Honorable Sunshine S. Sykes<br><br>**CONSENT JUDGMENT** |

**IT IS HEREBY STIPULATED** by and between Plaintiff and counter-defendant Fabrique Innovations, Inc., a New York corporation ("Fabrique") and defendant and Counter-claimant Etiwanda Logistics, Inc., a California Corporation ("Etiwanda") (collectively, the "Parties"), through their respective attorneys of record, that as part of the Settlement Agreement and Release executed by the Parties

concurrently herewith, this Consent Judgment shall be immediately entered by the Court, and good cause appearing;

**IT IS ORDERED, ADJUDGED AND DECREED**:

1. Judgment is entered in favor of defendant and Counter-claimant Etiwanda Logistics, Inc., a California Corporation ("Etiwanda") and against Plaintiff and counter-defendant Fabrique Innovations, Inc., a New York corporation ("Fabrique") in the amount of One Hundred and Ten Thousand Dollars ($110,000.00). Any payments made to Fabrique pursuant to the terms of the Settlement Agreement and Release shall be credited towards satisfaction of this Consent Judgment.

Dated: December 1, 2023  _____
Honorable Sunshine S. Sykes
Judge of the United States District Court

**We hereby** consent to the form and entry of this Consent Judgment:

| Dated: New York, New York<br>November 27, 2023 | Dated: Newport Beach, California<br>November 27, 2023 |
|---|---|
| Bowles & Johnson, PLLC<br>Attorneys for Fabrique | Morasse Collins & Clark, APC<br>Attorneys for Etiwanda |
| By: _____<br>David K. Bowles, Esq.<br>14 Wall Street, 20th Floor<br>New York, New York 10005 | By: _____<br>Steven R. Morasse, Esq.<br>1401 Dove Street, Suite 310<br>Newport Beach, California 92660 |

concurrently herewith, this Consent Judgment shall be immediately entered by the Court, and good cause appearing;

**IT IS ORDERED, ADJUDGED AND DECREED**:

1. Judgment is entered in favor of defendant and Counter-claimant Etiwanda Logistics, Inc., a California Corporation ("Etiwanda") and against Plaintiff and counter-defendant Fabrique Innovations, Inc., a New York corporation ("Fabrique") in the amount of One Hundred and Ten Thousand Dollars ($110,000.00). Any payments made to Fabrique pursuant to the terms of the Settlement Agreement and Release shall be credited towards satisfaction of this Consent Judgment.

Dated: November ___, 2023       _____
                                Honorable Sunshine S. Sykes
                                Judge of the United States District Court

**We hereby** consent to the form and entry of this Consent Judgment:

| | |
|---|---|
| Dated: New York, New York<br>November 27, 2023 | Dated:    Newport Beach, California<br>November 27, 2023 |
| Bowles & Johnson, PLLC<br>Attorneys for Fabrique | Morasse Collins & Clark, APC<br>Attorneys for Etiwanda |
| By: _____<br>David K. Bowles, Esq.<br>14 Wall Street, 20th Floor<br>New York, New York 10005 | By: _____<br>Steven R. Morasse, Esq.<br>1401 Dove Street, Suite 310<br>Newport Beach, California 92660 |

2